

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-13-00806-CV |
| Style: | Rodrick Dow d/b/a Rodrick Dow PC |
| | v. Ruby D. Steward |
| Date motion filed*: | April 4, 2014 |
| Type of motion: | Motion for extension of time to file brief |
| Party filing motion: | Appellant |
| Document to be filed: | Brief |

Is appeal accelerated?       No

If motion to extend time:

Original due date: January 13, 2014

Number of previous extensions granted:        1          Current Due date:  April 14, 2014

Date Requested: June 13, 2014

Ordered that motion is:

☑        Granted in part, denied in part

         If document is to be filed, document due:  May 14, 2014

         ☑ The Court will not grant appellant additional motions to extend time

☐        Denied

☐        Dismissed (*e.g.*, want of jurisdiction, moot)

☐        Other: _____

**Appellant's motion for extension of time to file brief is granted in part and denied in part.  Appellant's brief is ordered filed no later than May 14, 2014.  No further extensions of time will be granted.  If appellant fails to file its brief by May 14, 2014, this appeal may be dismissed, without further notice, for want of prosecution or failure to comply with a requirement of the rules of appellate procedure or an order of this Court.** *See* **TEX. R. APP. P. 38.6(d), 38.8(a), 42.3.**

Judge's signature:   /s/ Evelyn Keyes
                    ☒ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date:  April 15, 2014

November 7, 2008 Revision